**Tiffany R. GREEN, Plaintiff— Appellant,**

v.

**Judge John W. BROWN; Mark R. Herring, Attorney General of Virginia; The Assistant Attorney General of Virginia; John R. Broadway, Commissioner of the Virginia Employment Commission; Robert Q. Harris, Asst. Counsel; Judge Bradley B. Cavedo, the Chairman of the Judicial Inquiry and Review Commission all in either both their individual and/or capacities, Defendants–Appellees.**

No. 14–1563.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2014.

Decided: Oct. 27, 2014.

Tiffany R. Green, Appellant Pro Se.

Before DUNCAN and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tiffany R. Green appeals the district court's orders dismissing her complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) (2012) for failure to state a claim and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Brown,* No. 2:14–cv–00205–RBS–TEM (E.D. Va. May 8 & June 11, 2014). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*